Official Form 1 (04/07)

| United States Bankruptcy Court<br>**Northern District of Illinois, Western Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ziegler, Keith W. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Ziegler, Shanda R. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 5971 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 3805 |
| Street Address of Debtor (No. and Street, City, and State)<br>2500 W. Church Street<br>Johnsburg, IL   ZIPCODE 60050 | Street Address of Joint Debtor (No. and Street, City, and State)<br>2500 W. Church Street<br>Johnsburg, IL   ZIPCODE 60050 |
| County of Residence or of the Principal Place of Business:<br>Mchenry | County of Residence or of the Principal Place of Business:<br>Mchenry |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).   Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Keith W. Ziegler & Shanda R. Ziegler |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  /s/ Richard T. Jones          July 31, 2007<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of lessor or lessor)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Keith W. Ziegler & Shanda R. Ziegler |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Keith W. Ziegler
_____
Signature of Debtor

X  /s/ Shanda R. Ziegler
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

July 31, 2007
_____
Date

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to § 1511 of title 11 United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney

X  /s/ Richard T. Jones
_____
Signature of Attorney for Debtor(s)

RICHARD T. JONES 6184629
_____
Printed Name of Attorney for Debtor(s)

Jones & Hart Law Firm
_____
Firm Name

138 Cass Street
_____
Address

Post Office Box 1693       Woodstock, Illinois 60098
_____

(815) 334-8220
_____
Telephone Number

July 31, 2007
_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re _Keith W. Ziegler & Shanda R. Ziegler_____          Case No._____
                    Debtor(s)                                                (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**Official Form 1, Exh. D (10/06) – Cont.**

☐   3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐   4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
      ☐   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
      ☐   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
      ☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Keith W. Ziegler _____
                              KEITH W. ZIEGLER

Date: July 31, 2007 _____

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

Official Form 1, Exhibit D (10/06)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Western Division

In re Keith W. Ziegler & Shanda R. Ziegler

Debtor(s)

Case No._____

(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 1, Exh. D (10/06) – Cont.**

☐  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
  ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor: /s/ Shanda R. Ziegler _____
                             SHANDA R. ZIEGLER

Date: July 31, 2007 _____

2

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**In re**   Keith W. Ziegler & Shanda R. Ziegler                              **Case No.** _____
       **Debtor**                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2500 West Church Street Johnsburg, IL | Joint tenancy | J | 363,000.00 | 370,000.00 |
| | | Total ➤ | 363,000.00 | |

(Report also on Summary of Schedules.)

Form B6A
(10/05)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

Form B6B
(10/05)

In re   Keith W. Ziegler & Shanda R. Ziegler                          Case No.
                    Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods and furnishings  Debtors' possession | J | 1,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Necessary wearing apparel  Debtors' possession | J | 300.00 |
| 7.  Furs and jewelry. | | Miscellaneous jewelry  Debtors' possession | J | 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Miscellaneous sports equipment  Debtors' possession | J | 200.00 |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**In re**  Keith W. Ziegler & Shanda R. Ziegler                    Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% interest in PowerPros, Inc. | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Chevrolet G1500EC, 125,000 miles | J | 750.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

In re __Keith W. Ziegler & Shanda R. Ziegler_____    Case No. _____
       **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtors' possession | | |
| | | 2001 Chevrolet 3500 Flatbed truck; 122,000 miles | J | 1,500.00 |
| | | Debtors' possession | | |
| | | 1992 Jaguar XJ6; 148,000 miles-no engine | J | 200.00 |
| | | Debtors' possession | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer | J | 100.00 |
| | | Debtor's possession | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                         0               continuation sheets attached     Total    $        4,250.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700  -  31415 - Adobe PDF

In re   Keith W. Ziegler & Shanda R. Ziegler                           Case No. _____
_____
        **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)                        $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2500 West Church Street | (Husb)735 I.L.C.S 5§12-901<br>(Wife)735 I.L.C.S 5§12-901 | 15,000.00<br>15,000.00 | 363,000.00 |
| Miscellaneous household goods and furnishings | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 500.00<br>500.00 | 1,000.00 |
| Necessary wearing apparel | (Husb)735 I.L.C.S 5§12-1001(a)<br>(Wife)735 I.L.C.S 5§12-1001(a) | 150.00<br>150.00 | 300.00 |
| Miscellaneous jewelry | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 100.00<br>100.00 | 200.00 |
| Computer | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 50.00<br>50.00 | 100.00 |
| Miscellaneous sports equipment | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 100.00<br>100.00 | 200.00 |
| 1999 Chevrolet G1500EC, 125,000 miles | (Wife)735 I.L.C.S 5§12-1001(c) | 750.00 | 750.00 |
| 2001 Chevrolet 3500 Flatbed truck; 122,000 miles | (Husb)735 I.L.C.S 5§12-1001(c) | 1,500.00 | 1,500.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

Official Form 6D (10/06)

In re _____,        Case No. _____
    Keith W. Ziegler & Shanda R. Ziegler
       **Debtor**                                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

  List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C §112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Countrywide Home Loans<br>Attn: Bankruptcy Dept.<br>Post Office Box 5170<br>Simi Valley, CA 93062-5170<br><br>VALUE $        363,000.00 | | | Lien: Mortgage<br>Security: 2500 W. Church Street, Johnsburg, IL | | | | 368,010.98 | 5,010.98 |
| ACCOUNT NO.<br><br>Countrywide Home Loans<br>c/o Codilis & Assoc.<br>15W030 N. Frontage Rd., #100<br>Burr Ridge, IL 60527<br><br>VALUE $        363,000.00 | | | Lien: Mortgage<br>Security: 2500 Church Street, Johnsburg, IL | | | | Notice Only | Notice Only |
| ACCOUNT NO. 09 13 205 005<br><br>McHenry County Collector<br>2200 North Seminary Avenue<br>Woodstock, IL 60098<br><br>VALUE $        363,000.00 | | | Lien: Real estate taxes<br>Security: 2500 W. Church Street, Johnsburg, IL | | | | 3,470.66 | 0.00 |

_1_____ continuation sheets attached

Subtotal ▶    $  371,481.64    $  5,010.98
(Total of this page)

Total ▶    $      $
(Use only on last page)

(Report total also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6D (10/06) – Cont**.

In re ___Keith W. Ziegler & Shanda R. Ziegler_____,   Case No. _____
                         **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Target National Bank<br>c/o Blatt, Hasenmiller, et al<br>Post Office Box 4463<br>Chicago, Illinois 60680 | | | Lien: Judgment lien<br>Security: 2500 Church Street, Johnsburg, IL<br>VALUE $ 363,000.00 | | | | 6,051.27 | 0.00 |
| ACCOUNT NO. 6032 2071 1018 3795<br>Walmart<br>Post Office Box 981064<br>El Paso, TX 79998-1064 | | | Lien: Judgment lien<br>Security: 2500 Church Street, Johnsburg, IL<br>VALUE $ 363,000.00 | | | | 2,217.00 | 0.00 |
| ACCOUNT NO.<br>Walmart/GE Money Bank<br>c/o Blatt, Hasenmiller, et al<br>Post Office Box 5463<br>Chicago, IL 60680 | | | Lien: Judgment lien<br>Security: 2500 Church Street, Johnsburg, IL<br>VALUE $ 363,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ (Total of this page) | $ 8,268.27 | $ 0.00
Total ➤ (Use only on last page) | $ 379,749.91 | $ 5,010.98

**Official Form 6E (4/07)**

In re  Keith W. Ziegler & Shanda R. Ziegler                              ,        Case No._____
                              Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name.  See 11 U.S.C. § 112.   If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700  -  31415 - Adobe PDF

Official Form 6E (4/07) - Cont.

In re___Keith W. Ziegler & Shanda R. Ziegler_____,     Case No._____
                          Debtor                                                        (if known)

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_0__ **continuation sheets attached**

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700  -  31415 - Adobe PDF

Official Form 6F (10/06)

In re __Keith W. Ziegler & Shanda R. Ziegler__ ,                                   Case No. _____
            **Debtor-**                                                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A/R Concepts<br>2320 Dean Street, #202<br>St. Charles, IL 60175 | | | Consideration: Assignee for various creditors | | | | 241.00 |
| ACCOUNT NO.<br><br>ADT Security System<br>200 NJ. Patrick Blvd. #300<br>Brookfield, WI 53045 | | | Consideration: Personal liability for corporate debt | | | | 116.97 |
| ACCOUNT NO.<br><br>Allstate Home Insurance<br>75 Execute Parkway<br>Hudson, OH 44237 | | | Consideration: Homeowners Ins. | | | | 1,266.51 |
| ACCOUNT NO.  5604-8<br><br>American States Insurance<br>Post Office Box 188<br>Palatine, IL 60067 | | | | | | | 151.62 |

____23____ continuation sheets attached

Subtotal ➤ | $ | 1,776.10

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Keith W. Ziegler & Shanda R. Ziegler_____,        Case No. _____
                    **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4984 39 7051 <br><br>Amoco-BP Oil <br>Post Office Box 9014 <br>Des Moines, IA 50368-9014 | | | Consideration: Personal liability for corporate debt | | | | 1,418.04 |
| ACCOUNT NO. <br><br>Amoco/BP Oil <br>c/o Focus Receivables Mgmt <br>1130 Northchase Pkwy, #150 <br>Marietta, GA 30067 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO. <br><br>Anes. Assoc. of Crystal Valley <br>4309 Medical Ctr. Drive, #A201 <br>McHenry, Illinois 60050 | | | Consideration: Medical services | | | | 44.00 |
| ACCOUNT NO. <br><br>Anes. Assoc. of Crystal Valley <br>c/o A/R Concepts <br>33 W. Higgins Rd. <br>South Barrington, IL 60010 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO. <br><br>Anes. Assoc. of Vista Health Serv. <br>185 Penny Avenue <br>East Dundee, IL 60118 | | | Consideration: Medical services | | | | 114.40 |

Sheet no. _1_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 1,576.44

Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Keith W. Ziegler & Shanda R. Ziegler                    ,           Case No. _____
               **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Anes. Assoc. of Vista Health Serv.<br>c/o Medical Business Bureau<br>1175 Devin Dr., #171<br>Norton Shores, MI 49441 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.  101593<br><br>AOB<br>1000-14 N. Rohlwing Rd.<br>Lombard, IL 60148 | | | Consideration: Personal liability for corporate debt | | | | 242.73 |
| ACCOUNT NO.  847 546 8000 268 2<br><br>AT&T<br>Attn: Bankruptcy Department<br>Post Office Box 57907<br>Murray, UT 84157 | | | Consideration: Services rendered | | | | 101.97 |
| ACCOUNT NO.<br><br>AT&T Yellow Pages<br>R.H. Donnelley<br>8519 Innovation Way<br>Chicago, IL 60682 | | | Consideration: Judgment | | | | 5,196.00 |
| ACCOUNT NO.<br><br>Barry R. Steiner, CPA<br>1211 W. Farwell Ave.<br>Chicago, IL 60626 | | | Consideration: Services rendered | | | | 2,500.00 |

Sheet no.  2   of  23   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 8,040.70

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re   Keith W. Ziegler & Shanda R. Ziegler_____,        Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 102427937<br><br>Brinks Home Security<br>8880 Esters Blvd.<br>Irving, TX 75063 | | | Consideration: Services rendered | | | | 249.99 |
| ACCOUNT NO.<br><br>Brinks Home Security<br>c/o Collectech Systems<br>Post Office Box 4157<br>Woodland Hills, CA 91365 | | | Consideration: Services rendered | | | | Notice Only |
| ACCOUNT NO. 4862 3623 9339 5416<br><br>Capital One<br>1957 Westmoreland Road<br>Post Office Box 26094<br>Richmond, VA 23260-6094 | | | Consideration: Credit card debt | | | | 573.39 |
| ACCOUNT NO. 8060 5183 6602 2<br><br>CB USA Sears<br>Post Office Box 6189<br>Sioux Falls, SD 57117 | | | Consideration: Credit card debt | | | | 4,513.00 |
| ACCOUNT NO.<br><br>Centegra Health System<br>c/o Harris & Harris<br>600 W. Jackson Blvd., #400<br>Chicago, IL 60661 | | | Consideration: Medical services | | | | Notice Only |

Sheet no. _3_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 5,336.38
Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Keith W. Ziegler & Shanda R. Ziegler                    ,        Case No. _____
      **Debtor**                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Centegra/Northern IL Med. Ctr.<br>c/o HR Accounts<br>7017 John Deere Parkway<br>Moline, IL 61265 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.  Multiple accounts<br><br>Chicago Blasting<br>2550 American Lane<br>Elk Grove Village, IL 60007 | | | Consideration: Personal liability for corporate debt | | | | 1,067.79 |
| ACCOUNT NO.  808356<br><br>Chicago Sun Times<br>Post Office Box 3385<br>Chicago, Illinois 60654 | | | | | | | 18.55 |
| ACCOUNT NO.<br><br>CHIP-Insurance-Keith<br>c/o Blue Cross-Blue Shield<br>Post Office Box 2401<br>Chicago, IL 60690 | | | | | | | 1,523.00 |
| ACCOUNT NO.<br><br>CHIP-Insurance-Shanda<br>c/o Blue Cross-Blue Shield<br>Post Office Box 2401<br>Chicago, IL 60690 | | | | | | | 1,166.00 |

Sheet no. __4__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 3,775.34

Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re   Keith W. Ziegler & Shanda R. Ziegler                    ,          Case No. _____
            **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Citicards<br>Post Office Box 9151<br>Des Moines, IA 50368 | | | | | | | 653.73 |
| ACCOUNT NO.  5077 5799 90<br><br>City of Chicago<br>Dept. of Revenue<br>Post Office Box 88292<br>Chicago, Illinois 60680 | | | Consideration: Parking ticket | | | | 90.00 |
| ACCOUNT NO.  8798 10040 000 4450<br><br>ComCast<br>Post Office Box 3002<br>Southeastern, PA 19393 | | | Consideration: Services rendered | | | | 448.92 |
| ACCOUNT NO.<br><br>ComEd<br>Attn.:  Revenue Management<br>2100 Swiss Drive<br>Oak Brook, Illinois 60523 | | | Consideration: Services rendered | | | | 1,136.33 |
| ACCOUNT NO.  Multiple accounts<br><br>Condell Medical Center<br>801 S. Milwaukee Avenue<br>Libertyville, IL 60048 | | | Consideration: Medical services rendered | | | | 1,830.80 |

Sheet no.  5   of 23   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $  4,159.78

Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Keith W. Ziegler & Shanda R. Ziegler                              ,          Case No. _____
            **Debtor**                                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Condell Medical Center<br>c/o Malcolm S. Gerald & Assoc.<br>322 S. Michigan Ave., #600<br>Chicago, IL 60604 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.  4149<br><br>Continental Carbonic<br>3985 E. Harrison Avenue<br>Decatur, IL 62526 | | | Consideration: Personal liability for corporate debt | | | | 31.99 |
| ACCOUNT NO.<br><br>Creditors Collection/73<br>Post Office Box 73<br>Kankakee, IL 60901 | | | Consideration: Assignee for various creditors | | | | 209.00 |
| ACCOUNT NO.  00786481389<br><br>DHL<br>Post Office Box 4723<br>Huston, TX 77210 | | | Consideration: Services rendered | | | | 542.20 |
| ACCOUNT NO.<br><br>Dianon Systems<br>200 Watson Blvd.<br>Stratford, CT 06615 | | | Consideration: Medical services | | | | 259.12 |

Sheet no.  6   of  23   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $          1,042.31

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re   Keith W. Ziegler & Shanda R. Ziegler_____,          Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Discover<br>c/o Baker, Miller, et al<br>29 N. Wacker Dr., 5th Fl.<br>Chicago, IL 60606 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO. 6011 0076 5004 8464<br><br>Discover Financial Services<br>Post Office Box 8003<br>Hilliard, Ohio 43026 | | | Consideration: Credit card debt-judgment | | | | 12,526.72 |
| ACCOUNT NO.<br><br>Diversified Services Group<br>5800 E. Thomas Rd., #107<br>Scottsdale, AZ 85251 | | | Consideration: Assignee for various creditors | | | | 149.25 |
| ACCOUNT NO.<br><br>Dr. Lapporte<br>1850 Northwest Highway, #224<br>Park Ridge, IL 60068 | | | Consideration: Medical services | | | | 200.00 |
| ACCOUNT NO. Multiple account<br><br>Family Services<br>5320 West Elm Street<br>McHenry, Illinois 60050 | | | Consideration: Medical services rendered | | | | 470.00 |

Sheet no. _7__ of 23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $      13,345.97

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re ___Keith W. Ziegler & Shanda R. Ziegler_____ ,        Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Family Services <br> c/o Transworld Systems, Inc. <br> 25 Northwest Point Blvd., #750 <br> Elk Grove Village, IL 60007 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO. <br><br> Gary Jacobson, DDS <br> c/o ATG Credit <br> Post Office Box 14895 <br> Chicago, IL 60614 | | | Consideration: Medical services | | | | 190.00 |
| ACCOUNT NO. <br><br> Hartford Home Insurance <br> Post Office Box 2917 <br> Hartford, CT 06104 | | | Consideration: Insurance | | | | 2,441.25 |
| ACCOUNT NO. <br><br> Hartford Insurance <br> c/o Credit Collectino Service <br> Two Wells AVe., Dept. 9134 <br> Newton, MA 02459 | | | Consideration: Insurance | | | | Notice Only |
| ACCOUNT NO. <br><br> Hartford Insurance <br> Post Office Box 2917 <br> Hartford, CT 06104 | | | Consideration: Insurance | | | | 456.00 |

Sheet no. __8___ of _23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $          3,087.25

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re   Keith W. Ziegler & Shanda R. Ziegler_____ ,        Case No. _____
                **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hinsdale Bank <br> 25 E. Firesst Street <br> Hinsdale, IL 60521 | | | Consideration: Personal liability for corporate debt | | | | 2,486.46 |
| ACCOUNT NO. <br><br> I.M.S. <br> 2300 Green Bay Road <br> North Chicago, IL 60064 | | | | | | | 171.00 |
| ACCOUNT NO. <br><br> J & K Pediatrics <br> 4119 W. Shamrock Lane, #201 <br> McHenry, Illinois 60050 | | | Consideration: Medical services | | | | 38.00 |
| ACCOUNT NO.   128 735 878 01 <br><br> J. C. Penney <br> Post Office Box 533 <br> Dallas, Texas 75221-0533 | | | Consideration: Credit card debt | | | | 1,046.00 |
| ACCOUNT NO.   Multiple accounts <br><br> John Elstrom, MD <br> 406 Front Street, #A <br> McHenry, IL 60050-5593 | | | Consideration: Medical services | | | | 538.80 |

Sheet no.  9   of  23   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | |
|---|---|
| Subtotal➤ | $    4,280.26 |
| Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Keith W. Ziegler & Shanda R. Ziegler                    ,          Case No. _____
               **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Joseph Huemann & Sons<br>5205 Route 31, Box 218<br>Ringwood, IL 60072 | | | Consideration: Services rendered | | | | 1,733.90 |
| ACCOUNT NO.  032 4801 422<br><br>Kohls<br>Post Office Box 2983<br>Milwaukee, WI 53201-2983 | | | Consideration: Credit card debt | | | | 914.00 |
| ACCOUNT NO.<br><br>Lake County Radiology<br>36104 Treasury Center<br>Chicago, Illinois 60694-6100 | | | Consideration: Medical services | | | | 176.00 |
| ACCOUNT NO.<br><br>Lake County Radiology<br>c/o Oliver Adjustment Co.<br>Post Office Box 371100<br>Milwaukee, WI 53237-2200 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.  157490<br><br>Lake Heart Specialist<br>35 Tower Court, #F<br>Gurnee, Illinois 60031-5712 | | | Consideration: Medical services | | | | 10.20 |

Sheet no.  10  of 23  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $          2,834.10

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re  Keith W. Ziegler & Shanda R. Ziegler                ,        Case No. _____
                   **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Multiple accounts<br><br>Lake/McHenry Pathology Assoc.<br>520 East 22nd Street<br>Lombard, Illinois 60148 | | | Consideration: Medical services | | | | 35.00 |
| ACCOUNT NO.<br><br>Loyola Univers. Phs./Oral Health Ctr.<br>c/o RPM, Inc.<br>Post Office Box 830913<br>Birmingham, AL 35283 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.<br><br>Loyola University Physicians<br>c/o IL Collection Service<br>3101 W. 95th Street<br>Evergreen Park, IL 60805-2406 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.<br><br>Loyola University Physicians<br>c/o Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago, IL 60606 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.<br><br>Loyola University Physicians<br>Collections Department<br>2160 South First Avenue<br>Maywood, Illinois 60153 | | | Consideration: Medical services | | | | 100.00 |

Sheet no. __11__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 135.00

Total▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re   Keith W. Ziegler & Shanda R. Ziegler_____ ,        Case No. _____

           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Multiple accounts<br>Loyola University Physicians<br>Oral Health Center<br>2160 S. 1st Avenue, Bldg. 5<br>Maywood, IL 60153 | | | Consideration: Medical services | | | | 472.00 |
| ACCOUNT NO.  546800<br>McCann Industries<br>543 S. Rohlwing Road<br>Addison, IL 60101 | | | Consideration: Personal liability for corp. debt | | | | 7,107.87 |
| ACCOUNT NO.<br>McHenry Radiologist<br>c/o Business Revenue<br>Post Office Box 13077<br>Des Moines, IA 50310 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.<br>McHenry Radiologist<br>Post Office Box 220<br>McHenry, IL 60050 | | | Consideration: Medical services | | | | 13.00 |
| ACCOUNT NO.<br>McHenry Radiology & Imaging<br>c/o A/R Concepts<br>2320 Dean Street<br>St. Charles, IL 60175 | | | Consideration: Medical services | | | | Notice Only |

Sheet no. _12_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                      Subtotal➤ | $ | 7,592.87

                            Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re   Keith W. Ziegler & Shanda R. Ziegler_____ ,          Case No. _____
         **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McHenry Radiology & Imaging<br>Post Office Box 220<br>McHenry, Illinois 60050 | | | Consideration: Medical services | | | | 468.00 |
| ACCOUNT NO.<br><br>McHenry Township Fire Prot. Dist.<br>3610 W. Elm Street<br>McHenry, IL 60050 | | | Consideration: Medical services | | | | 295.00 |
| ACCOUNT NO.  6004 3009 0121 6265<br><br>Menards/Household Bank<br>Attn:  Bankruptcy<br>Post Office Box 15521<br>Wilmington, DE 19850 | | | Consideration: Credit card debt | | | | 1,094.74 |
| ACCOUNT NO.  110458<br><br>Metro Infectious Disease Consultants<br>500 E. Ogden, #C<br>Hinsdale, IL 60521 | | | Consideration: Medical services | | | | 174.00 |
| ACCOUNT NO.  Multiple account<br><br>MHS Physicians<br>Post Office Box 5081<br>Janesville, WI 53547-5081 | | | Consideration: Medical services | | | | 2,049.52 |

Sheet no. _13_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                           Subtotal➤    $       4,081.26

                               Total➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re ___Keith W. Ziegler & Shanda R. Ziegler_____,      Case No. _____
           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  68272 & 68158<br><br>Midwest Hose<br>1840 Industrial Drive, #300<br>Libertyville, Illinois 60048 | | | Consideration: Personal liability for corporate debt | | | | 85.60 |
| ACCOUNT NO.<br><br>Moraine Emergency Phys.<br>c/o American Collection Corp.<br>919 Estes Court<br>Schaumburg, IL 60193 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.<br><br>Moraine Emergency Phys.<br>c/o MEDCLEAR<br>507 Prudential Rd.<br>Horsham, PA 19044 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.<br><br>Moraine Emergency Phys.<br>c/o NCO Financial Systems<br>507 Prudential Rd.<br>Horsham, PA 19044 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.<br><br>Moraine Emergency Phys.<br>c/o OSI Collections<br>4165 E. Thousand Oaks, #245<br>Westlake Villa, CA 91362 | | | Consideration: Medical services | | | | Notice Only |

Sheet no. __14__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $     85.60

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re   Keith W. Ziegler & Shanda R. Ziegler_____,   Case No. _____
              **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Moraine Emergency Phys.<br>c/o PFG of Minnesota<br>7825 Washington St., #410<br>Minneapolis, MN 55439 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.   Multiple accounts<br><br>Moraine Emergency Physicians<br>Post Office Box 8759<br>Philadelphia, PA 19101-8759 | | | Consideration: Medical services | | | | 2,310.00 |
| ACCOUNT NO.<br><br>Neil Anderson<br>Attorney at Law<br>1927 Mai Street<br>Spring Grove, IL 60081 | | | Consideration: Legal services | | | | 600.00 |
| ACCOUNT NO.<br><br>NICL Laboratories<br>306 Era Drive<br>Northbrook, Illinois 60062 | | | Consideration: Medical services | | | | 160.69 |
| ACCOUNT NO.<br><br>NICL Laboratories<br>c/o Certified Services<br>Post Office Box 177<br>Waukegan, IL 60079 | | | Consideration: Medical services | | | | Notice Only |

Sheet no. _15_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 3,070.69

Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re   Keith W. Ziegler & Shanda R. Ziegler_____ ,          Case No. _____
  **Debtor**                                                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  38 37 44 10000 9 <br><br>Nicor<br>Post Office Box 2020<br>Aurora, Illinois 60507-2020 | | | Consideration: Services rendered | | | | 670.85 |
| ACCOUNT NO. <br><br>Nicor Solutions<br>2019 Corporate Lane, #159<br>Naperville, IL 60563 | | | Consideration: Services rendered | | | | 1,114.15 |
| ACCOUNT NO. <br><br>NIPA/Dr. Chitwood<br>1110 North Green Street, #H<br>McHenry, Illinois 60050 | | | Consideration: Medical services | | | | 580.00 |
| ACCOUNT NO. <br><br>NIPA/Dr. Chitwood<br>c/o Certified Services, Inc.<br>1733 Washington Street, #2<br>Waukegan, IL 60085 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO. <br><br>North Shore Rheumatology<br>c/o N. IL Collection Serv.<br>Post Office Box 287<br>Waukegan, IL 60079 | | | Consideration: Medical services | | | | Notice Only |

Sheet no. _16_ of 23  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        2,365.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re   Keith W. Ziegler & Shanda R. Ziegler_____,   Case No. _____
_____Debtor_____                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>North Shore Rheumatology<br>Dr. Capezio<br>900 N. Westmoreland, #222<br>Lake Forest, IL 60045 | | | | | | | 429.00 |
| ACCOUNT NO.<br><br>Northern IL Medical Center<br>A/R Concepts<br>33 W. Higgins Road<br>S. Barrington, IL 60010 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.<br><br>Northern IL Medical Center<br>c/o AAMS<br>4800 Mills Civic Pkwy<br>W. Des Moines, IA 50265 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.<br><br>Northern IL Medical Center<br>c/o ACC International<br>919 Estes Court<br>Schaumburg, IL 60193 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.  Multiple accounts<br><br>Northern IL Medical Center<br>Post Office Box 1447<br>Woodstock, Illinois 60098 | | | Consideration: Medical services | | | | 25,732.18 |

Sheet no. _17_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 26,161.18

Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re   Keith W. Ziegler & Shanda R. Ziegler                    ,          Case No. _____
                        **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Northwest Community Hospital<br>800 West Central Road<br>Arlington Heights, IL 60005 | | | Consideration: Medical services | | | | 938.42 |
| ACCOUNT NO.<br><br>Northwest Community Hospital<br>c/o Pellettieri & Assoc.<br>991 Oak Creek Drive<br>Lombard, IL 60148 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.  267440<br><br>Northwest Herald<br>Post Office Box 250<br>Crsytal Lake, Illinois 60098 | | | | | | | 62.00 |
| ACCOUNT NO.<br><br>Pandelis Banias, MDSC<br>c/o ICS Collections Serv.<br>Post Office Box 464<br>Oak Lawn, IL 60454 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.<br><br>Pandelis Banias, MDSC<br>Post Office Box 3597<br>Springfield, IL 62708 | | | Consideration: Medical services | | | | 189.00 |

Sheet no. __18__ of __23__ continuation sheets attached                              Subtotal➤  $          1,189.42
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                          Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Keith W. Ziegler & Shanda R. Ziegler_____,          Case No. _____
          **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Quest Diagnostics<br>Post Office Box 64500<br>Baltimore, MD 21264-4500 | | | Consideration: Medical services | | | | 3.40 |
| ACCOUNT NO.<br><br>Sams Club<br>Post Office Box 981064<br>El Paso, TX 79998 | | | Consideration: Credit card debt | | | | 232.73 |
| ACCOUNT NO.<br><br>Sears<br>c/o Redline Recovery Serv.<br>2350 N. Forest Rd., #3B<br>Getzville, NY 14068 | | | Consideration: Credit card debt- | | | | Notice Only |
| ACCOUNT NO.  5049 9481 1637 4671<br><br>Sears National Bank<br>Post Office Box 182149<br>Coloumbus, Ohio 43218-2149 | | | Consideration: Credit card debt | | | | 5,005.40 |
| ACCOUNT NO.  8060 5183 6602 2<br><br>Sears Premier -Citibank<br>Post Office Box 6189<br>Sioux Falls, SD 57117 | | | Consideration: Credit card debt | | | | 4,513.00 |

Sheet no. __19__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                    Subtotal➤ | $ | 9,754.53

                                      Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re ___Keith W. Ziegler & Shanda R. Ziegler_____,          Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sears/Citibank<br>c/o LVNV Funding<br>Post Office box 10584<br>Greenville, SC 29603 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Sears/Citibank<br>c/o Redline Recovery Serv.<br>2350 N. Forest Rd., #31B<br>Getzville, NY 14068 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO.  849 902 283<br><br>Shell<br>Post Office Box 9151<br>Des Moines, IA 50368-9151 | | | Consideration: Credit card debt | | | | 239.14 |
| ACCOUNT NO.  B89<br><br>Sperry Storage<br>4408 N. Route 31<br>Ringwood, Illinois 60072 | | | Consideration: Personal liability for corporate debt | | | | 300.00 |
| ACCOUNT NO.  741801510<br><br>Sprint PCS<br>Customer Care<br>Post Office Box 8077<br>London, KY 40742 | | | Consideration: Personal liability for corporate debt | | | | 958.68 |

Sheet no. __20__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        1,497.82

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re   Keith W. Ziegler & Shanda R. Ziegler                    ,        Case No. _____
               **Debtor**                                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Steven Lammers, MD <br> 977 Lakeview Parkway, #102 <br> Vernon Hills, IL 60061 | | | Consideration: Medical services | | | | 196.00 |
| ACCOUNT NO. <br><br> Steven Lammers, MD <br> c/o 1st FFCC-Columbus, Inc. <br> 1550 Old Henderson Rd., #100 <br> Columbus, OH 43220-3626 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.  76101 <br><br> Tele-Assist <br> 400 East 22nd Street, #400A <br> Lombard, IL 60148 | | | Consideration: Services rendered | | | | 284.64 |
| ACCOUNT NO. <br><br> Tele-Assist <br> c/o Law Office of Joel Cardis <br> 2006 Swede Rd., #100 <br> E. Norriton, PA 19401 | | | Consideration: Services rendered | | | | Notice Only |
| ACCOUNT NO. <br><br> Victory Memorial Hospital <br> c/o Vista Health <br> Post Office Box 7250 <br> Westchester, IL 60154 | | | Consideration: Medical services | | | | Notice Only |

Sheet no. _21_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $      480.64

Total➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re   Keith W. Ziegler & Shanda R. Ziegler_____,        Case No. _____
_____**Debtor**_____                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Victory Memorial Hospital<br>c/oSenex Funding, LLC<br>3500 DePauw Blvd., #3050<br>Indianapolis, IN 46268 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.<br><br>Victory Memorial Hospital<br>Post Office Box 933<br>Bedford Park, IL 60499 | | | Consideration: Medical services | | | | 182.10 |
| ACCOUNT NO.   4030<br><br>Walmart Stores, Inc.<br>Post Office Box 2844<br>Tuscaloosa, AL 35403-2844 | | | Consideration: NSF checks | | | | 266.86 |
| ACCOUNT NO.   186 0095615 2013 2<br><br>Waste Management<br>2421 West Peria Avenue, #210<br>Phoenix, AZ 85029 | | | Consideration: Services rendered | | | | 203.17 |
| ACCOUNT NO.<br><br>William C. Dam, MDSC<br>214 Washington Street<br>Ingleside, IL 60041 | | | Consideration: Medical services | | | | 87.00 |

Sheet no. _22_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 739.13

Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re   Keith W. Ziegler & Shanda R. Ziegler                    ,          Case No. _____
                    **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>William Woods MDSC<br>c/o Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago, IL 60606 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.  20245<br><br>William Woods, MDSC<br>4343 Grand Avenue, #206<br>Gurnee, Illinois 60031 | | | | | | | 303.20 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. _23_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $          303.20

Total ➤ $      106,710.97

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re    Keith W. Ziegler & Shanda R. Ziegler                          Case No. _____
_____                                          (if known)
                    **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare
interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or
lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If
a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child." and do not disclose the child's
name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☑    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In re    Keith W. Ziegler & Shanda R. Ziegler                    Case No. _____
                        **Debtor**                                                                **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**Official Form 6I (10/06)**

In re   Keith W. Ziegler & Shanda R. Ziegler _____      Case _____
_____
        **Debtor**                                **Case**        **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status:   Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, son, daughter, son | AGE(S): 17 years, 16 years, 14 years, 10 years |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Sandblaster | Unemployed |
| Name of Employer | Power Pros, Inc. | |
| How long employed | 17 years | |
| Address of Employer | 2500 W. Church Street | |
| | Johnsburg, IL 60050 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  |  | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 4,581.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income _____ (Specify) _____ | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 4,581.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 4,581.00 | $ 0.00 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15;  if there is only one debtor repeat total reported on line 15.) | $ 4,581.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

        None _____

_____

_____

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700  - 31415 - Adobe PDF

In re ___Keith W. Ziegler & Shanda R. Ziegler_____    Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,643.00 |
|     a. Are real estate taxes included?    Yes _____ No __✓__ | |
|     b. Is property insurance included?    Yes _____ No __✓__ | |
| 2. Utilities: a. Electricity and heating fuel | $ 300.00 |
|     b. Water and sewer | $ 0.00 |
|     c. Telephone | $ 60.00 |
|     d. Other Disposal/cable/internet | $ 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 800.00 |
| 5. Clothing | $ 125.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 40.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 150.00 |
| 10. Charitable contributions | $ 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 105.00 |
|     b. Life | $ 0.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 150.00 |
|     e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) Real estate taxes | $ 580.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other | $ 0.00 |
|     c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 5,623.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None _____

    _____

    _____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
|     a. Average monthly income from Line 15 of Schedule I | $ 4,581.00 |
|     b. Average monthly expenses from Line 18 above | $ 5,623.00 |
|     c. Monthly net income (a. minus b.) | $ -1,042.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver. 4.2.3-700 - 31415 - Adobe PDF

Official Form 6 - Summary (10/06)

# United States Bankruptcy Court
### Northern District of Illinois, Western Division

In re    Keith W. Ziegler & Shanda R. Ziegler        Case No. _____

           Debtor

           Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 363,000.00 | | |
| B – Personal Property | YES | 3 | $ 4,250.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 379,749.91 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 24 | | $ 106,710.97 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,581.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 5,623.00 |
| **TOTAL** | | 37 | $ 367,250.00 | $ 486,460.88 | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

# United States Bankruptcy Court
### Northern District of Illinois, Western Division

In re    Keith W. Ziegler & Shanda R. Ziegler

Debtor

Case No. _____

Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | $ 4,581.00 |
| Average Expenses (from Schedule J, Line 18) | $ 5,623.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,052.45 |

**State the Following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 5,010.98 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 106,710.97 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 111,721.95 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

Official Form 6 - Declaration (10/06)

In re    Keith W. Ziegler & Shanda R. Ziegler                                    Case No. _____
_____
**Debtor**                                                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___39___ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  July 31, 2007 _____            Signature:  /s/ Keith W. Ziegler _____
                                                                                    **Debtor:**

Date  July 31, 2007 _____            Signature:  /s/ Shanda R. Ziegler _____
                                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed Name and Title, if any,                          Social Security No.
of Bankruptcy Petition Preparer                                      (*Required by 11 U.S.C. § 110.*)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____            _____
  Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this documen, unless the bankruptcy petition preparer is not an individualt:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____            Signature: _____

                                                            _____
                                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
--------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

UNITED STATES BANKRUPTCY COURT
# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Western Division

In Re  Keith W. Ziegler & Shanda R. Ziegler

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  Do not include the name or address of a minor child in this statement.  Indicate payments, transfers and the like to minor children by stating "a minor child."  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation ofthe debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE | |
|---|---|---|---|---|
| 2007(db) | 32,071.00 | Business net income | | FY: 01/01/07 to 07/31/07 |
| 2006(db) | 76,945.00 | Business net income | | FY: 01/01/06 to 12/31/06 |
| 2005(db) | 45,753.00 | Business net income | | FY: 01/01/05 to 12/31/05 |

2007(jdb)

2006(jdb)

2005(jdb)

**2. Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                              SOURCE

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

*c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None   a.      List all suits and administrative proceedings to which the debtor is or was a party within one year
☐       immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13
        must include information concerning either or both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Discover vs. Ziegler; Case No.:  05AR1040 | Arbitration | 22nd Judicial Circuit, McHenry Co., IL | Judgment rendered in favor of plaintiff |
| Countywide Home Loans vs. Ziegler; Case No.:  07CH534 | Foreclosure | 22nd Judicial Circuit, McHenry Co., IL | Pending |

None   b.      Describe all property that has been attached, garnished or seized under any legal or equitable process
☒       within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter
        12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒      lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this
       case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
       is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and Receiverships**

None ☒   a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒   b.     List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None

☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.   Other transfers**

None

☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None

☐

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Auto Wreckers | 2007 | 1986 Nissan 3002x valued at $60.00 and 1990 Oldsmobile Cutlass valued at $60.00 |

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700  -  31415 - Adobe PDF

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

**15.  Prior address of debtor**

None


If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.        If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Power Pros, Inc. | 36-3981832 | 2500 W. Church Street Johnsburg, IL 60050 | Service-paving | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☒    bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒    case have audited the books of account and records, or prepared a financial statement  of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☒    books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒    financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

**20.  Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒    taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None   b.     List the name and address of the person having possession of the records of each of the two inventories
☒      reported in a., above.

       DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF
                                                              INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None   a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

       NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None   b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☒      directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

       NAME AND ADDRESS                      TITLE                   NATURE AND PERCENTAGE OF
                                                                          STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None   a.     If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒      immediately preceding the commencement of this case.

              NAME                           ADDRESS                   DATE OF WITHDRAWAL

None   b.     If the debtor is a corporation, list all officers, and directors whose relationship with the corporation
☒      terminated within one year immediately preceding the commencement of this case.

       NAME AND ADDRESS                      TITLE                   DATE OF TERMINATION

**23.   Withdrawals from a partnership or distribution by a corporation**

None   If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒      including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
       perquisite during one year immediately preceding the commencement of this case.

       NAME & ADDRESS OF              DATE AND PURPOSE              AMOUNT OF MONEY OR
       RECIPIENT, RELATIONSHIP         OF WITHDRAWAL                   DESCRIPTION AND
           TO DEBTOR                                                 VALUE OF PROPERTY

**24.  Tax Consolidation Group**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.  Pension Funds**

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\*    \*    \*    \*    \*    \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    July 31, 2007            Signature      /s/ Keith W. Ziegler
                                of Debtor      _____
                                               KEITH W. ZIEGLER

Date    July 31, 2007            Signature      /s/ Shanda R. Ziegler
                                of Joint Debtor  _____
                                               SHANDA R. ZIEGLER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.


_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                            (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer - - - - - - - - - -  Date - - - - - - - - - - - - - -

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110;  18 U.S.C. §156.*

0    continuation sheets attached


*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Western Division**

In re    Keith W. Ziegler & Shanda R. Ziegler_____,    Case No. _____

_____Debtor_____    _____Chapter 7_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*[Check each applicable box]*

- [✓] We have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
- [ ] We have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
- [✓] We intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be Reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2500 West Church Street | Countrywide Home Loan... | | √ | | √ |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| NONE | | |

Date:    July 31, 2007_____    /s/ Keith W. Ziegler_____

    Signature of Debtor    KEITH W. ZIEGLER

Date:    July 31, 2007_____    /s/ Shanda R. Ziegler_____

    Signature of Joint Debtor    SHANDA R. ZIEGLER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____       _____
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.  (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal responsible person or partner who signs this document.*

_____

Address
X_____      _____
Signature of Bankruptcy Petition Preparer         Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

UNITED STATES BANKRUPTCY COURT
**Northern District of Illinois, Western Division**

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice:  (1) Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.  You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### **Certificate of [Non-Attorney] Bankruptcy Petition Preparer**
I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____     _____
Printed Name and title, if any, of Bankruptcy Petition Preparer     Social Security number (If the bankruptcy petition
Address:                                                             preparer is not an individual, state the Social Security
_____                             number of the officer, principal, responsible person, or partner of
                                                                    the bankruptcy petition preparer.)  (Required
X_____                             by 11 U.S.C. § 110.)
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

### **Certificate of the Debtor**
I (We), the debtor(s), affirm that I (we) have received and read this notice.

Keith W. Ziegler & Shanda R. Ziegler _____     X /s/ Keith W. Ziegler          July 31, 2007
Printed Name(s) of Debtor(s)                              Signature of Debtor          Date

Case No. (if known) _____              X /s/ Shanda R. Ziegler        July 31, 2007
                                                         Signature of Joint Debtor (if any)    Date

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700 - 31415 - Adobe PDF

A/R Concepts
2320 Dean Street, #200
St. Charles, IL 60175

ADT Security System
100 N. Bedford Road #300
Brookfield, WI 53045

Allstate Home Insurance
15 East 36 Parkway
Hudson, OH 44237

American States Insurance
Post Office Box 188
Palatine, IL 60067

Amoco-BP Oil
Post Office Box 9014
Des Moines, IA 50368-9014

Amoco/BP Oil
c/o Focus Receivables Mgmt
1130 Northchase Pkwy, #150
Marietta, GA 30067

Anes. Assoc. of Crystal Valley
4309 Medical Ctr. Drive, #A201
McHenry, Illinois 60050

Anes. Assoc. of Crystal Valley
c/o A/R Concepts
33 W. Higgins Rd.
South Barrington, IL 60010

Anes. Assoc. of Vista Health Serv.
185 Penny Avenue
East Dundee, IL 60118

Anes. Assoc. of Vista Health Serv.
c/o Medical Business Bureau
1175 Devin Dr., #171
Norton Shores, MI 49441

AOB
1000-14 N. Rohlwing Rd.
Lombard, IL 60148

AT&T
Attn:  Bankruptcy Department
Post Office Box 57907
Murray, UT 84157

AT&T Yellow Pages
R.H. Donnelley
8519 Innovation Way
Chicago, IL 60682

Barry R.  Steiner, CPA
1211 W. Farwell Ave.
Chicago, IL 60626

Brinks Home Security
8880 Esters Blvd.
Irving, TX 75063

Brinks Home Security
c/o Collectech Systems
Post Office Box 4157
Woodland Hills, CA 91365

Capital One
1957 Westmoreland Road
Post Office Box 26094
Richmond, VA 23260-6094

CB USA Sears
Post Office Box 6189
Sioux Falls, SD 57117

Centegra Health System
c/o Harris & Harris
600 W. Jackson Blvd., #400
Chicago, IL 60661

Centegra/Northern IL Med. Ctr.
c/o HR Accounts
7017 John Deere Parkway
Moline, IL 61265

Chicago Blasting
2550 American Lane
Elk Grove Village, IL 60007

Chicago Sun Times
Post Office Box 3385
Chicago, Illinois 60654

CHIP-Insurance-Keith
c/o Blue Cross-Blue Shield
Post Office Box 2401
Chicago, IL 60690

CHIP-Insurance-Shanda
c/o Blue Cross-Blue Shield
Post Office Box 2401
Chicago, IL 60690

Citicards
Post Office Box 9151
Des Moines, IA 50368

City of Chicago
Dept. of Revenue
Post Office Box 88292
Chicago, Illinois 60680

ComCast
Post Office Box 3002
Southeastern, PA 19393

ComEd
Attn.:  Revenue Management
2100 Swiss Drive
Oak Brook, Illinois 60523

Condell Medical Center
801 S. Milwaukee Avenue
Libertyville, IL 60048

Condell Medical Center
c/o Malcolm S. Gerald & Assoc.
322 S. Michigan Ave., #600
Chicago, IL 60604

Continental Carbonic
3985 E. Harrison Avenue
Decatur, IL 62526

Countrywide Home Loans
Attn:  Bankruptcy Dept.
Post Office Box 5170
Simi Valley, CA 93062-5170

Countrywide Home Loans
c/o Codilis & Assoc.
15W030 N. Frontage Rd., #100
Burr Ridge, IL 60527

Creditors Collection/73
Post Office Box 73
Kankakee, IL 60901

DHL
Post Office Box 4870
Huston, TX 77210

Dianon Systems
100 Washington Blvd
Stratford, CT 06615

Discover
c/o Baker, Miller, et al
29 N. Wacker Dr., 5th Fl.
Chicago, IL 60606

Discover Financial Services
Post Office Box 8003
Hilliard, Ohio 43026

Diversified Services Group
5800 E. Thomas Rd., #107
Scottsdale, AZ 85251

Dr. Laporte
1850 Northwest Highway, #224
Park Ridge, IL 60068

Family Services
5320 West Elm Street
McHenry, Illinois 60050

Family Services
c/o Transworld Systems, Inc.
25 Northwest Point Blvd., #750
Elk Grove Village, IL 60007

Gary Jacobson, DDS
c/o ATG Credit
Post Office Box 14895
Chicago, IL 60614

Hartford Home Insurance
Post Office Box 2917
Hartford, CT 06104

Hartford Insurance
c/o Credit Collectino Service
Two Wells AVe., Dept. 9134
Newton, MA 02459

Hartford Insurance
Post Office Box 2917
Hartford, CT 06104

Hinsdale Bank
25 E. Firesst Street
Hinsdale, IL 60521

I.M.S.
2300 Green Bay Road
North Chicago, IL 60064

J & K Pediatrics
4119 W. Shamrock Lane, #201
McHenry, Illinois 60050

J. C. Penney
Post Office Box 533
Dallas, Texas 75221-0533

John Elstrom, MD
406 Front Street, #A
McHenry, IL 60050-5593

Joseph Huemann & Sons
5205 Route 31, Box 218
Ringwood, IL 60072

Kohls
Post Office Box 2983
Milwaukee, WI 53201-2983

Lake County Radiology
36104 Treasury Center
Chicago, Illinois 60694-6100

Lake County Radiology
c/o Oliver Adjustment Co.
Post Office Box 371100
Milwaukee, WI 53237-2200

Lake Heart Specialist
35 Tower Court, #F
Gurnee, Illinois 60031-5712

Lake/McHenry Pathology Assoc.
520 East 22nd Street
Lombard, Illinois 60148

Loyola Univers. Phs./Oral Health Ctr.
c/o RPM, Inc.
Post Office Box 830913
Birmingham, AL 35283

Loyola University Physicians
c/o IL Collection Service
3101 W. 95th Street
Evergreen Park, IL 60805-2406

Loyola University Physicians
c/o Merchants Credit Guide
223 W. Jackson Blvd.
Chicago, IL 60606

Loyola University Physicians
Collections Department
2160 South First Avenue
Maywood, Illinois 60153

Loyola University Physicians
Oral Health Center
2160 S. 1st Avenue, Bldg. 5
Maywood, IL 60153

McCann Industries
543 S. Rohlwing Road
Addison, IL 60101

McHenry County Collector
2200 North Seminary Avenue
Woodstock, IL 60098

McHenry Radiologist
c/o Business Revenue
Post Office Box 13077
Des Moines, IA 50310

McHenry Radiologist
Post Office Box 220
McHenry, IL 60050

McHenry Radiology & Imaging
c/o A/R Concepts
2320 Dean Street
St. Charles, IL 60175

McHenry Radiology & Imaging
Post Office Box 1447
McHenry, Illinois 60050

McHenry Township Fire Prot. Dist.
3610 W. Elm Street
McHenry, IL 60050

Menards/Household Bank
Attn: Bankruptcy
Post Office Box 15521
Wilmington, DE 19850

Metro Infectious Disease Consultants
500 E. Ogden, #C
Hinsdale, IL 60521

MHS Physicians
Post Office Box 5081
Janesville, WI 53547-5081

Midwest Hose
1840 Industrial Drive, #300
Libertyville, Illinois 60048

Moraine Emergency Phys.
c/o American Collection Corp.
919 Estes Court
Schaumburg, IL 60193

Moraine Emergency Phys.
c/o MEDCLEAR
507 Prudential Rd.
Horsham, PA 19044

Moraine Emergency Phys.
c/o NCO Financial Systems
507 Prudential Rd.
Horsham, PA 19044

Moraine Emergency Phys.
c/o OSI Collections
4165 E. Thousand Oaks, #245
Westlake Villa, CA 91362

Moraine Emergency Phys.
c/o PFG of Minnesota
7825 Washington St., #410
Minneapolis, MN 55439

Moraine Emergency Physicians
Post Office Box 8759
Philadelphia, PA 19101-8759

Neil Anderson
Attorney at Law
1927 Mai Street
Spring Grove, IL 60081

NICL Laboratories
306 Era Drive
Northbrook, Illinois 60062

NICL Laboratories
c/o Certified Services
Post Office Box 177
Waukegan, IL 60079

Nicor
Post Office Box 2020
Aurora, Illinois 60507-2020

Nicor Solutions
2019 Corporate Lane, #159
Naperville, IL 60563

NIPA/Dr. Chitwood
1110 North Green Street, #H
McHenry, Illinois 60050

NIPA/Dr. Chitwood
c/o Certified Services, Inc.
1733 Washington Street, #2
Waukegan, IL 60085

North Shore Rheumatology
c/o N. IL Collection Serv.
Post Office Box 287
Waukegan, IL 60079

North Shore Rheumatology
Dr. Capezio
900 N. Westmoreland, #222
Lake Forest, IL 60045

Northern IL Medical Center
A/R Concepts
33 W. Higgins Road
S. Barrington, IL 60010

Northern IL Medical Center
c/o AAMS
4800 Mills Civic Pkwy
W. Des Moines, IA 50265

Northern IL Medical Center
c/o ACC International
919 Estes Court
Schaumburg, IL 60193

Northern IL Medical Center
Post Office Box 1447
Woodstock, Illinois 60098

Northwest Community Hospital
800 West Central Road
Arlington Heights, IL 60005

Northwest Community Hospital
c/o Pellettieri & Assoc.
991 Oak Creek Drive
Lombard, IL 60148

Northwest Herald
Post Office Box 250
Crsytal Lake, Illinois 60098

Pandelis Banias, MDSC
c/o ICS Collections Serv.
Post Office Box 464
Oak Lawn, IL 60454

Pandelis Banias, MDSC
Post Office Box 3597
Springfield, IL 62708

Quest Diagnostics
Post Office Box 64500
Baltimore, MD 21264-4500

Sams Club
Post Office Box 981064
El Paso, TX 79998

Sears
c/o Redline Recovery Serv.
2350 N. Forest Rd., #3B
Getzville, NY 14068

Sears National Bank
Post Office Box 182079
Colourbus, Ohio 43218-2149

Sears Premier -Citibank
Post Office Box 6188
Sioux Falls, SD 57117

Sears/Citibank
c/o LVNV Funding
Post Office box 10584
Greenville, SC 29603

Sears/Citibank
c/o Redline Recovery Serv.
2350 N. Forest Rd., #31B
Getzville, NY 14068

Shell
Post Office Box 9151
Des Moines, IA 50368-9151

Sperry Storage
4408 N. Route 31
Ringwood, Illinois 60072

Sprint PCS
Customer Care
Post Office Box 8077
London, KY 40742

Steven Lammers, MD
977 Lakeview Parkway, #102
Vernon Hills, IL 60061

Steven Lammers, MD
c/o 1st FFCC-Columbus, Inc.
1550 Old Henderson Rd., #100
Columbus, OH 43220-3626

Target National Bank
c/o Blatt, Hasenmiller, et al
Post Office Box 4463
Chicago, Illinois 60680

Tele-Assist
400 East 22nd Street, #400A
Lombard, IL 60148

Tele-Assist
c/o Law Office of Joel Cardis
2006 Swede Rd., #100
E. Norriton, PA 19401

Victory Memorial Hospital
c/o Vista Health
Post Office Box 7250
Westchester, IL 60154

Victory Memorial Hospital
c/oSenex Funding, LLC
3500 DePauw Blvd., #3050
Indianapolis, IN 46268

Victory Memorial Hospital
Post Office Box 933
Bedford Park, IL 60499

Walmart
Post Office Box 981064
El Paso, TX 79998-1064

Walmart Stores, Inc.
Post Office Box 2844
Tuscaloosa, AL 35403-2844

Walmart/GE Money Bank
c/o Blatt, Hasenmiller, et al
Post Office Box 5463
Chicago, IL 60680

Waste Management
2421 West Peria Avenue, #210
Phoenix, AZ 85029

William C. Dam, MDSC
214 Washington Street
Ingleside, IL 60041

William Woods MDSC
c/o Merchants Credit Guide
223 W. Jackson Blvd.
Chicago, IL 60606

William Woods, MDSC
4343 Grand Avenue, #206
Gurnee, Illinois 60031

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re   Keith W. Ziegler & Shanda R. Ziegler,

                                      Debtor

Case No. _____

Chapter       7

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 4 pages, is true, correct and complete to the best of my knowledge.

Date    July 31, 2007

Signature of Debtor     /s/ Keith W. Ziegler

KEITH W. ZIEGLER

Date    July 31, 2007

Signature of Joint Debtor     /s/ Shanda R. Ziegler

SHANDA R. ZIEGLER

Richard T. Jones
Jones & Hart Law Firm
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois, Western Division

In re  Keith W. Ziegler & Shanda R. Ziegler

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept .......................................................... $ ___1,600.00___

Prior to the filing of this statement I have received ........…………….................. $ ___600.00___

Balance Due .............................................……………………………................... $ ___1,000.00___

2.    The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

| | |
|---|---|
| July 31, 2007 | /s/ Richard T. Jones |
| *Date* | *Signature of Attorney* |
| | Jones & Hart Law Firm |
| | *Name of law firm* |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-700  - 31415 - Adobe PDF